IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ERIC DEMOND RUSSELL                                                                                      PLAINTIFF

v.                                           Civil No. 4:22-cv-4073

SHERIFF JACKIE RUNION;
WARDEN JEFFIE WALKER; and
SERGEANT DANIEL GOLDEN                                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 30, 2023, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 32. Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 21) be granted and this case dismissed with prejudice. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 32) *in toto*. Defendants' Motion for Summary Judgment (ECF No. 21) is **GRANTED,** and this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 22nd day of January, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge